# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                    **DATE:** January 22, 2021

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** ZOOM

**TITLE OF CASE:**                                    **DOCKET NO.:** 1:21-mj-7008-KMW

UNITED STATES OF AMERICA

VS.

STEPHANIE HAZELTON

## DEFENDANT PRESENT

**APPEARANCES:**

JEFFREY BENDER – AUSA FOR GOVERNMENT
JAMES DONNELLY - AUSA FOR GOVERNMENT

DARYL KIPNIS, ESQ. – RETAINED COUNSEL FOR DEFENDANT

**OTHER:**

NAILAH GREEN – U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:**   Initial Appearance on Rule 5 by Zoom

Defendant advised of rights, charges and penalties, including Padilla.
Defendant consents to this hearing by video conference.  Order to be entered.
Daryl Kipnis, Esquire enters his appearance on the record on behalf for Defendant.
Defendant waives formal reading of the Complaint.
Defendant advised of Rule 5 rights.  Defendant waives Rule 5 & 5.1 hearing on the record.
Hearing on Government's application for detention.  Ordered application denied.
Hearing on Defendant's application for bail.  Ordered application granted.
Ordered bail set in amount of $100,000 unsecured co-signed by Jeffery Hazelton, with conditions.
Ordered defendant to appear in U.S. District Court for the District of Columbia on **January 28, 2021 at 1:00 p.m.** by Zoom.
Oral Order As Required By Rule 5(F) Read Into The Record By The Court.  Order To Be Entered.
Ordered defendant released after processing.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED:  3:10        TIME ADJOURNED:  3:18        TOTAL TIME:   36 Minutes
                 3:28                         3:56