AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 21-mj-7008-KMW |
| Stephanie Hazelton | ) |
| | ) Charging District's Case No. N/A |
| Defendant | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS (AMENDED)
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* U.S. District Court District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing, only. Production of the warrant, a certified copy of the warrant, or reliable
☐ electronic copy of either is hereby demanded by Defendant.

☐ a preliminary hearing.

☐ a detention hearing.

an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 01/26/2021

*Stephanie Hazelton*
Defendant's signature

Signature of defendant's attorney

Daryl J. Kipnis, Esq.
Printed name of defendant's attorney